## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SCOTT FETZER COMPANY<br><br>v.<br><br>RAYMOND G. GEHRING D/B/A NORTHEASTERN VACUUM CLEANER COMPANY | CIVIL ACTION NO. 02-2917<br><br>TO: (NAME AND ADDRESS OF DEFENDANT) |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

MARGARET S. WOODRUFF, ESQ.
1600 MARKET STREET
SUITE 3600
PHILADELPHIA, PA. 19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court<br><br>(By) Deputy Clerk<br><br>STEPHEN SONNIE | Date: MAY 16, 2002 |

≋AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 5/16/02 |
| NAME OF SERVER (PRINT) RICHARD KIRSCHNER | TITLE | PROCESS SERVER |

Check one box below to indicate appropriate method of service ✓

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: LEFT INSIDE MAILSLOT AT PLACE OF BUSINESS — MR GOHRING INSIDE WORKING — HIS OK TO LEAVE —

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/16/02
            Date

Signature of Server

1637 JAMES DR
Address of Server  MARSOETH PA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.