IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE SCOTT FETZER COMPANY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-CV- 2917(PBT) |
| | : | |
| RAYMOND G. GEHRING d/b/a | : | |
| NORTHEASTERN VACUUM | : | |
| CLEANER COMPANY, | : | |
| | : | |
| Defendant. | : | |

ORDER

AND NOW, this _____ day of June, 2002, upon consideration of Plaintiff's Motion for the Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> of Robert P. Ducatman and Christina J. Moser, it is hereby ORDERED that the Motion is GRANTED.

_____
TUCKER, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE SCOTT FETZER COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-CV- 2917(PBT) |
| RAYMOND G. GEHRING d/b/a NORTHEASTERN VACUUM CLEANER COMPANY, | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR THE ADMISSION PRO HAC VICE
OF ROBERT P. DUCATMAN AND CHRISTINA J. MOSER**

Margaret S. Woodruff, a member in good standing in the bar of this Court and attorney of record for plaintiff The Scott Fetzer Company, hereby moves this Court for the admission pro hac vice of Robert P. Ducatman and Christina J. Moser. In support of this motion, the following is averred:

1. Robert P. Ducatman is a partner in the firm of Jones, Day, Reavis & Pogue, North Point, 901 Lakeside Avenue, Cleveland, Ohio, and a member in good standing of the bar of the State of Ohio. He has never been disbarred or suspended and has no actions pending against him.

2. Christina J. Moser is an associate in the firm of Jones, Day, Reavis & Pogue, North Point, 901 Lakeside Avenue, Cleveland, Ohio, and a member in good standing of

the bar of the State of California. She has never been disbarred or suspended and has no actions pending against her.

3. Mr. Ducatman and Ms. Moser are familiar with the facts of this litigation and plaintiff The Scott Fetzer Company has selected them to be its counsel for purposes of representing it in this litigation.

4. Mr. Ducatman and Ms. Moser understand that they will be subject to the disciplinary rules of this Court if this motion is granted.

WHEREFORE, Margaret S. Woodruff respectfully requests that this Court grant the motion to admit pro hac vice Robert P. Ducatman and Christina J. Moser.

Respectfully submitted,

*Margaret S. Woodruff*

Margaret S. Woodruff (Pa. I.D. No. 26010)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2168
Direct Fax: (215) 972-7417

DATED: May 30, 2002

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served by first class mail, postage prepaid, on the following person on the date set forth below:

Raymond G. Gehring
1043 Cotton Street
Reading, PA 19602

_____
Margaret S. Woodruff

DATED:    May 30, 2002