**RULE 16 CONFERENCE INFORMATION REPORT**  Conference Date:  September 24, 2002

CIVIL ACTION NO. _____        JURY TRIAL_____        NON-JURY TRIAL_____

Title of Case: _____

Name of Party You Represent:_____

Party is: plaintiff _____    defendant _____    third-party defendant _____

Name of Trial Counsel: _____

Law Firm: _____

Address: _____

Phone Number (including area code): _____ Fax No. _____

Basis for
Jurisdiction: _____

Proof of Service Filed as to Defendant: Yes _____        No _____

Has self-executing disclosure been completed?  Yes _____        No _____

If not, explain what remains to be completed: _____

What, if any, matters do you wish to bring to the attention of the court at the Rule 16 conference?

_____

Case will be ready for trial on or about: _____

Trial time: a) Estimate of total time to present your case _____
           b) Estimate of total time for the entire trial    _____

Prospect of settlement:  Likely _____    Possible _____    Unlikely _____    Unknown _____
Settlement conference desired?   Now _____    Later _____

Do you elect to proceed before Magistrate Judge Arnold C. Rapoport? _____
                                                                    Yes/No

Additional comments: _____

_____

Counsel for _____        Date:  _____