IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

THE SCOTT FETZER COMPANY : CIVIL ACTION
        Plaintiff, :
    v. : No. 02-2917
RAYMOND G. GEHRING, :
        Defendant. :

---

**ORDER**

    AND NOW, this     day of January, 2003, after an in person conference with counsel and *pro se* Defendant this date, it is hereby ORDERED as follows:

    1. Defendant shall file formal responses to Plaintiff's interrogatories and document requests with the Clerk of Court and serve copies to counsel on or before Tuesday, January 14, 2003;

    2. Defendant shall seek to obtain counsel on or before January 21, 2003. Defense counsel shall forward a copy of his entry of appearance to opposing counsel and this Court; and

    3. discovery in this matter shall proceed.

                                  BY THE COURT:

                                  _____
                                  ARNOLD C. RAPOPORT
                                  United States Magistrate Judge