```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

THE SCOTT FETZER COMPANY

    v.

RAYMOND G. GEHRING
                                             Civil Case: 02-2817

**<u>DATE CHANGE TO APRIL 2,2003</u>**

<u>DISCOVERY CONFERENCE SCHEDULING ORDER</u>

        Please be advised that a discovery conference in the above-captioned case, to discuss discovery issues, will be held on **WEDNESDAY, APRIL 2, 2002**, at **10:00 AM** before the Honorable Arnold C. Rapoport, United States Magistrate Judge, in Suite 3401, 3rd Floor, U.S. Courthouse & Federal Bldg., 504 W. Hamilton Street, Allentown, PA, 18101-2411.

        COUNSEL/PRO SE ARE DIRECTED TO REPORT TO COURTROOM 3C, ON THE 3RD FLOOR, ON THE DATE AND TIME STATED ABOVE. **<u>TRIAL COUNSEL/PRO SE SHALL APPEAR AND BRING WITH THEM ALL PERSONS NECESSARY CONCERNING THESE DISCOVERY MATTERS.</u>**

**<u>AVAILABILITY BY TELEPHONE IS NOT ACCEPTABLE.</u>**

FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.


                                           ARNOLD C. RAPOPORT, U.S.M.J.

2/25/03
cc: Raymond Gehring, Pro Se.
    Christina Moser and Robert Ducatman, Esq.
    Margaret Woodruff, Esq.