IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SCOTT FETZER COMPANY : | |
|        Plaintiff, : | |
| : | |
| v. : | No. 02-2917 |
| : | |
| RAYMOND G. GEHRING, : | |
|        Defendant. : | |

**ORDER**

AND NOW, this ___ day of April, 2003, after an in person conference with counsel and *pro se* Defendant this date, it is hereby ORDERED that Plaintiff shall supply to Defendant on or before April 16, 2003:

1. all copies of any documents or agreements between or referring to Raymond G. Gehring;

2. copies of standard unsigned contract forms;

3. the addresses and information as whether they are present or past employees of Plaintiff concerning the eighteen named individuals in Defendant's discovery requests; and

4. in the alternative, Plaintiff shall supply an affidavit as to why the information is not available.

IT IS FURTHER ORDERED that upon receipt of the documentation, Defendant shall appear for a deposition. In the event that the parties cannot agree on a date for the deposition, the Court will set the date.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
United States Magistrate Judge