IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
THE SCOTT FETZER COMPANY         :
            Plaintiff,           :
                                 :
      v.                         :    No. 02-2917
                                 :
RAYMOND G. GEHRING,              :
            Defendant.           :
```

### ORDER

AND NOW, this       day of May, 2003, upon notice from Plaintiff's Counsel that the parties cannot agree on a date for the deposition and pursuant to this Court's Order dated April 2, 2003, it is hereby ORDERED that **Raymond G. Gehring** appear for a deposition to be held on **TUESDAY, MAY 13, 2003, AT 1:30 P.M.** in Suite 3401, Edward N. Cahn Courthouse and Federal Building, 504 West Hamilton Street, Allentown, PA.

                                        BY THE COURT:

                                        _____
                                        ARNOLD C. RAPOPORT
                                        United States Magistrate Judge