```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE SCOTT FETZER COMPANY,        )
                                 )  Civil Action
                Plaintiff        )  No. 02-cv-02917
                                 )
        vs.                      )
                                 )
RAYMOND G. GEHRING,              )
doing business as                )
NORTHEASTERN VACUUM CLEANER      )
COMPANY,                         )
                                 )
                Defendant        )
```

AMENDED RULE 16 STATUS CONFERENCE ORDER

NOW, this 5th day of May, 2003,

IT IS ORDERED that all dispositive motions, including motions for summary judgment, accompanied by a brief, shall be filed and served on or before June 6, 2003.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge