```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

THE SCOTT FETZER COMPANY,         )
                                  ) Civil Action
            Plaintiff             ) No. 02-cv-02917
                                  )
      vs.                         )
                                  )
RAYMOND G. GEHRING,               )
doing business as                 )
NORTHEASTERN VACUUM CLEANER       )
COMPANY,                          )
                                  )
            Defendant             )

## ARGUMENT SCHEDULING ORDER

NOW, this 22nd day of May, 2003,

IT IS ORDERED that oral argument is scheduled before Judge James Knoll Gardner on Friday, June 27, 2003, at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, on any motions for summary judgment to be filed on or before June 6, 2003.

IT IS FURTHER ORDERED that not later than seven days before the argument date each party shall submit to Judge Gardner[1] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.[2]

---

[1] The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; by fax at (610) 434-3459; or by e-mail addressed to Chambers_of_Judge_James_Knoll_Gardner@paed.uscourts.gov

[2] Ordinarily each party shall have 15 minutes to present oral argument unless more time is allotted, or less time is directed, by Judge Gardner.  There will be no rebuttal argument unless Judge Gardner requests it.

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the argument on a form approved by Judge Gardner.

By:

_____
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457