UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE SCOTT FETZER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-2917 (JKG) |
| | ) | |
| RAYMOND G. GEHRING d/b/a | ) | |
| NORTHEASTERN VACUUM CLEANER | ) | |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF SCOTT FETZER'S STATEMENT IN SUPPORT OF**
**AN ORDER AWARDING TO PLAINTIFF ATTORNEY FEES AND COSTS**

Plaintiff The Scott Fetzer Company ("Scott Fetzer") hereby avers the following in support of the award to it of the attorney fees and costs incurred in its successful prosecution of this action against defendant Raymond G. Gehring, doing business as Northeastern Vaccum Cleaner Company ("Gehring"):

1.      On June 27, 2003, the Court heard argument on plaintiff Scott Fetzer's Motion for Summary Judgment and, after consideration of that argument and the written submissions that had previously been filed in support of the Motion for Summary Judgment dictated an Order from the bench granting the Motion, which Order, recited that the plaintiff "is seeking attorney's fees, and costs, but not other money damages" from defendant.

2.      The Order, dated June 27, 2003, was entered by the Court on July 1, 2003,

3.      In support of an award of attorneys' fees and costs to it, Scott Fetzer hereby submits the following:

a.      Affidavit of Robert P. Ducatman, attached as Exhibit A;

b.      Affidavit of Margaret S. Woodruff, attached as Exhibit B; and

c.      Supplemental Affidavit of Robert G. Shumay with attached

Exhibits K and L, attached as Exhibit C.

4.      The exhibits attached to this statement support an award of $92,675.75 in

attorneys' fees and $5, 280.03 in costs, for a total award to Scott Fetzer of $97, 955.78 for fees

and costs incurred through June 2003.

5.      Scott Fetzer reserves the right to seek an additional award for any fees and

costs incurred after June 2003.

Dated: July 30, 2003                              Respectfully submitted,


Margaret S. Woodruff
(Pennsylvania Bar No. 26010)
SCHNADER HARRISON SEGAL & LEWIS
Suite 3600, 1600 Market Street
Philadelphia, PA 19103-7286

admitted *pro hac vice*:
Robert P. Ducatman
(Ohio Bar No. 0003571)
rducatman@jonesday.com
Christina J. Moser
(Ohio Bar No. 0074817)
cjmoser@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Counsel for Plaintiff
THE SCOTT FETZER COMPANY

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE SCOTT FETZER COMPANY, | ) | Case No.: 02-CV-2917(JKG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge James Knoll Gardner |
| | ) | |
| RAYMOND G. GEHRING d/b/a, | ) | |
| NORTHEASTERN VACUUM | ) | |
| CLEANER COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF ROBERT P. DUCATMAN

I, Robert P. Ducatman, do hereby state as follows:

1.      I am an attorney in good standing with the Supreme Court of the State of Ohio, admitted pro hac vice to this Court, and have been practicing law for twenty-three years. I am a partner in the law firm of Jones Day, counsel of record for Plaintiff, The Scott Fetzer Company ("Scott Fetzer") in this action and have been lead trial counsel for Scott Fetzer in over four hundred matters. I have personal knowledge of the facts recited herein and if called as a witness, I could testify competently thereto.

2.      Scott Fetzer has employed Jones Day as its litigation counsel in, among other things, intellectual property disputes like the above-captioned matter, for over 65 years. Jones Day has worked with the Philadelphia-based law firm of Schnader Harrison Segal and Lewis, LLP, as co-counsel in numerous and varied litigations for over a decade.

3.    The successful protection of Scott Fetzer's intellectual property rights required extensive discovery and pre-trial practice including drafting offensive discovery, responding to defensive discovery, and preparing for deposition.

4.    Scott Fetzer's attorney's efforts in this matter culminated in the legal analysis, legal research, and factual investigation leading to its successful motion for summary judgment.

5.    The schedule attached to the Supplemental Affidavit of Robert G. Shumay as Exhibit K is a summary based on true and correct copies of invoices from Jones Day, to Scott Fetzer in connection with this litigation and are typical of the fees and costs associated with this type of litigation. The summary was created to prevent disclosure of certain privileged and confidential information and under Fed. R. Evid. 1006.

6.    The fees and costs charged Scott Fetzer are typical of the fees and costs associated with this type of litigation. To the best of my knowledge, and after diligent inquiry, the items claimed and described in Exhibit K are costs that are correct and have been necessarily incurred in litigating this action. The services for the fees that have been charged were actually and necessarily performed.

7.    Exhibit K identifies four attorneys on this matter: myself, Sheryl Love, Isla Luciano and Christina Moser. In 2001, my time was billed to the client at a rate of $490 per hour and is usual for an attorney with my expertise in the geographical area in which I practice, which includes Cleveland as well as federal and state courts throughout the United States. In 2002, my hourly fee rose to $540 per hour and in 2003 my time is billed at $590 per hour, which raises are both typical and reasonable. Ms. Love's time in 2001 was billed to the client at a rate of $240 per hour, which is both usual and customary for associates in this area with Ms. Love's experience. Her hourly billing rate rose to $290 per hour in 2002, which raise is both typical and

reasonable. Ms. Luciano's time in 2003, the year in which she performed services for this matter, is billed to the client at a rate of $225 per hour, which is both usual and customary for associates in this area with Ms. Luciano's experience. Ms. Moser's time in 2002 was billed to the client at a rate of $180 per hour, which is also usual and customary for an associate attorney of her experience in this area. Ms. Moser's billing rate rose to $205 per hour in 2003, which is also typical and reasonable. In 2003, Jones Day also billed Scott Fetzer for services provided on this matter by a legal assistant, Diane McDonald, and a summer associate, Earnest Gregory, at $65 and $135 per hour, respectively. These amounts represent usual and customary costs for these services.

8.      Jones Day billed Scott Fetzer $38,521.25 for legal services rendered from September, 2001 through April, 2003. The time reflected in the schedules attached in Exhibit K was reasonable given the circumstances of this litigation and the services rendered were necessary to protect Scott Fetzer's intellectual property rights.

9.      In the month of May, 2003, Scott Fetzer has incurred in connection with this litigation $8,825.00 in attorneys' fees which amount has been billed by Jones Day. This amount is due and Scott Fetzer is liable for the whole amount. The time reflected in the schedules attached in Exhibit K for May, 2003, was reasonable given the circumstances of this litigation and the services rendered were necessary to protect Scott Fetzer's intellectual property rights.

10.      In the month of June, 2003, Scott Fetzer has incurred in connection with this litigation $24,830.00 for legal services, which amount has been billed by Jones Day. Upon this amount coming due, Scott Fetzer will become liable for the whole amount. The time reflected in the schedules attached in Exhibit K for June, 2003, was reasonable given the circumstances of

this litigation and the services rendered were necessary to protect Scott Fetzer's intellectual property rights.

11.    Scott Fetzer has incurred costs in this litigation including: $106.53 in courier and process server fees; $246.70 in communication (telephone) costs; $852.80 in duplication costs including copying exhibits for trial and pre-trial exchange and the successful summary judgment motion; $382.50 for a private investigator; $419.45 for court reporter costs for Mr. Gehring's (no-show) deposition and a transcript of the oral argument on Scott Fetzer's motion for summary judgment; $538.86 in legal research fees; $1,779.06 in travel costs to a status conference before Judge Petrese Tucker and to the hearing on Scott Fetzer's motion for summary judgment; and $3.06 for postage to Mr. Gehring, for a total of $4,328.96 in costs. The costs set forth above were both reasonable and necessary to this litigation.

FURTHER AFFIANT SAYETH NAUGHT

Subscribed and sworn to before me on this 30 day of July, 2003.

Notary Public

PAMELA S. MOZOLA
NOTARY PUBLIC, STATE OF OHIO, CUYA. CTY
MY COMMISSION EXPIRES AUG 23 2004

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE SCOTT FETZER COMPANY, | ) | Case No.:  02-CV-2917(JKG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge James Knoll Gardner |
| | ) | |
| RAYMOND G. GEHRING d/b/a, | ) | |
| NORTHEASTERN VACUUM | ) | |
| CLEANER COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF MARGARET S. WOODRUFF

I, Margaret S. Woodruff, do hereby state as follows:

1.      I am an attorney in good standing with the Commonwealth of Pennsylvania,

admitted to practice before this Honorable Court, and have been practicing law for twenty-six

years.  I am a partner in the law firm of Schnader Harrison Segal & Lewis, LLP ("Schnader")

and was hired to act as co-counsel for The Scott Fetzer Company ("Scott Fetzer") in the above-

captioned litigation in May, 2002.  Schnader has worked with Jones Day as co-counsel in

numerous matters, including intellectual property litigation, for over a decade.  I have personal

knowledge of the facts recited herein and if called as a witness, I could testify competently

thereto.

2.      The schedule attached to the Supplemental Affidavit of Robert G. Shumay as

Exhibit L is a summary based on true and correct copies of invoices from Schnader to Scott

Fetzer in connection with this litigation and are typical of the fees and costs associated with this type of litigation. The summary was created to prevent disclosure of certain privileged and confidential information and pursuant to Fed. R. Evid. 1006.

3.    Exhibit L identifies one attorney on this matter, myself, and a paralegal, Thomas J. Hannon. In 2002, my time was billed to the client at a rate of $380 per hour and is usual for an attorney with my expertise in the Philadelphia area. Mr. Hannon's time was billed at $85 per hour in 2002, which is usual for a paralegal with Mr. Hannon's experience in the Philadelphia area. In 2003, my hourly fee rose to $400 per hour, which is both typical and reasonable.

4.    From May, 2002 through May, 2003, Schnader billed Scott Fetzer $14,739.50 for attorney and paralegal time. The time reflected in the schedules attached in Exhibit L was reasonable given the circumstances of this litigation, and the services rendered were necessary to protect Scott Fetzer's intellectual property rights.

5.    In the month of June, Scott Fetzer has incurred in connection with this litigation $5,760 in attorneys' fees, which amount has not yet been billed by Schnader. Upon this amount coming due, however, Scott Fetzer will become liable for the whole amount.

6.    From May, 2002 through May, 2003, Scott Fetzer has incurred costs in this litigation including: $258.21 in courier and process server fees; $2.54 in communication (telephone) costs; $103.58 in document preparation and duplication costs; $150 in filing fees; $59.91 in legal research fees; $45.24 in travel costs to court-mandated conferences; $11.33 for postage; and, in June, 2003, $320.26 for costs associated with the successful motion for summary judgment, for a total of $951.07 in costs. The costs set forth above were both reasonable and necessary to this litigation.

FURTHER AFFIANT SAYETH NAUGHT

*Margaret D. Woodruff*

Subscribed and sworn to before me on this 30 day of July, 2003.

_____
Notary Public

```
┌─────────────────────────────────────────┐
│              Notarial Seal                │
│       Susan P. Rose, Notary Public        │
│   City of Philadelphia, Philadelphia County│
│    My Commission Expires July 11, 2006    │
└─────────────────────────────────────────┘
```
Member, Pennsylvania Association of Notaries

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE SCOTT FETZER COMPANY, | ) | Case No.: 02-CV-2917(JKG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge James Knoll Gardner |
| | ) | |
| RAYMOND G. GEHRING d/b/a, | ) | |
| NORTHEASTERN VACUUM | ) | |
| CLEANER COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF ROBERT G. SHUMAY

I, Robert G. Shumay, do hereby state as follows:

1.      This supplements my affidavit of June 4, 2003, which is incorporated herein as though fully set forth. I have personal knowledge of the facts recited herein and if called as a witness, I could testify competently thereto.

2.      Scott Fetzer has employed Jones Day as its litigation counsel in, among other things, intellectual property disputes like the above-captioned matter for over 65 years. The schedule attached hereto as Exhibit K is a summary based on true and correct copies of invoices received by Scott Fetzer from Jones Day in connection with this litigation which are typical of the fees and costs associated with this type of litigation. Exhibit K was created to prevent disclosure of certain privileged and confidential information and pursuant to Fed. R. Evid. 1006.

For the services identified in Exhibit K, covering the time period of September, 2001 through June, 2003, Scott Fetzer has been billed $72,176.25 in attorneys' fees and $4,328.96 in costs.

    3.    Scott Fetzer is also employing Schnader Harrison Segal & Lewis, LLP, ("Schnader") as co-counsel in connection with this litigation. Attached hereto as Exhibit L is a summary based on true and correct copies of fee statements received by Scott Fetzer from Schnader in connection with this litigation which are typical of the fees and costs associated with this type of litigation. Exhibit L was created to prevent disclosure of certain privileged and confidential information and pursuant to Fed. R. Evid. 1006. For the services identified in Exhibit L, Scott Fetzer has been billed $14,739.50 in attorneys' fees and $630.81 in costs for May, 2002 through May, 2003. This amount is due and Scott Fetzer is liable for the whole amount.

    4.    I am informed and understand that, in the month of June, Scott Fetzer has incurred in connection with this litigation $5,760 in attorneys' fees and $320.26 in costs, which amount has not yet been billed by Schnader. Upon this amount coming due, however, Scott Fetzer will become liable for the whole amount.

    5.    Because of Defendant Raymond Gehring's infringing acts, his refusal to respond to Scott Fetzer's initial cease and desist letters, his non-cooperation in discovery, and his steadfast refusal to heed the orders of this Court, Scott Fetzer has incurred $92,675.75 in legal services and $5,280.03 in costs, for a total of $97,955.78.

FURTHER AFFIANT SAYETH NAUGHT

Subscribed and sworn to before me on this 30th day of July, 2003.

Notary Public

**MARY ANN WALLACE**
Notary Public, State of Ohio, Cuy. Cty.
My commission expires Sept. 19, 2006

# EXHIBIT K

## EXHIBIT K

### LAWYER SERVICES SUMMARY

### JONES DAY

| DATE OF SERVICE | LAWYER NAME/DESCRIPTION | HOURS |
|---|---|---|
| 09/14/01 | R. P. DUCATMAN | 0.50 |
| Review papers related to dispute; Draft cease and desist letter to Gehring. | | |
| 10/05/01 | R. P. DUCATMAN | 0.25 |
| Review file; Draft follow-up to cease and desist letter to Gehring. | | |
| 11/07/01 | R. P. DUCATMAN | 0.25 |
| Review file; Draft letter to client. | | |
| 11/30/01 | S.H. LOVE | 0.50 |
| Review file; Fact investigation. | | |
| 01/10/02 | S.H. LOVE | 1.0 |
| Fact investigation; Meet with C. Moser. | | |
| 01/10/02 | C. J. MOSER | 0.25 |
| Meet with S. Love. | | |
| 01/11/02 | C. J. MOSER | 0.25 |
| Review file. | | |
| 01/15/02 | C. J. MOSER | 0.75 |
| Review memo from S. Love; Fact investigation; Communicate with R. Ducatman. | | |
| 01/16/02 | C. J. MOSER | 0.50 |
| Fact investigation; Communicate with R. Ducatman. | | |
| 01/17/02 | C. J. MOSER | 0.50 |
| Fact investigation. | | |
| 01/18/02 | C. J. MOSER | 0.25 |
| Communicate with outside investigator regarding fact investigation. | | |
| 01/22/02 | C. J. MOSER | 0.25 |
| Communicate with outside investigator regarding fact investigation. | | |
| 01/31/02 | R. P. DUCATMAN | 0.25 |
| Communicate with C. Moser regarding fact investigation. | | |

01/31/02                    C. J. MOSER                    1.25
    Communicate with outside investigator, S. Love, and R. Ducatman regarding fact
investigation.

02/01/02                    R. P. DUCATMAN                 0.25
    Fact investigation; Communicate with client.

02/01/02                    C. J. MOSER                    0.25
    Fact investigation; Communicate with outside investigator.

02/05/02                    R. P. DUCATMAN                 0.25
    Communicate with C. Moser regarding fact investigation.

02/05/02                    C. J. MOSER                    0.25
    Communicate with R. Ducatman regarding fact investigation.

02/06/02                    C. J. MOSER                    0.25
    Communicate with outside investigator regarding fact investigation; Communicate with
R. Ducatman.

02/19/02                    R. P. DUCATMAN                 0.25
    Fact investigation; Communicate with client.

04/11/02                    C. J. MOSER                    0.25
    Prepare to file complaint.

04/15/02                    C. J. MOSER                    4.75
    Legal research; Draft Complaint.

04/16/02                    R. P. DUCATMAN                 0.50
    Review Complaint; Communicate with C. Moser.

04/16/02                    C. J. MOSER                    1.75
    Revise Complaint; Communicate with M. Woodruff, R. Ducatman.

04/17/02                    R. P. DUCATMAN                 0.50
    Review file; Revise Complaint.

04/17/02                    C. J. MOSER                    0.75
    Communicate with I. Luciano regarding Complaint; Revise same.

04/23/02                    C. J. MOSER                    0.25
    Communicate with M. Woodruff.

04/24/02                    R. P. DUCATMAN                 0.25
    Communicate with C. Moser regarding Complaint.

- 2 -

| 04/24/02 | C. J. MOSER | 0.75 |

Legal research; Finalize Complaint; Communicate with M. Woodruff.

| 04/29/02 | R. P. DUCATMAN | 0.25 |

Communicate with C. Moser regarding Complaint.

| 04/29/02 | C. J. MOSER | 0.25 |

Communicate with M. Woodruff regarding Complaint.

| 05/03/02 | R. P. DUCATMAN | 0.25 |

Communicate with co-counsel regarding Complaint.

| 05/13/02 | C. J. MOSER | 0.25 |

Communicate with M. Woodruff regarding Complaint.

| 05/14/02 | R. P. DUCATMAN | 0.25 |

Communicate with M. Woodruff regarding Complaint.

| 05/15/02 | R. P. DUCATMAN | 0.25 |

Review correspondence from M. Woodruff regarding Complaint; Communicate with client.

| 05/15/02 | C. J. MOSER | 0.25 |

Communicate with M. Woodruff regarding Complaint; Review correspondence to Client.

| 05/16/02 | R. P. DUCATMAN | 0.25 |

Review correspondence regarding Complaint.

| 05/17/02 | C. J. MOSER | 0.25 |

Communicate with M. Woodruff regarding Complaint; Communicate in-firm regarding same.

| 05/28/02 | R. P. DUCATMAN | 0.25 |

Review correspondence regarding matter; Communicate with client.

| 05/28/02 | C. J. MOSER | 0.25 |

Review correspondence from M. Woodruff regarding matter; Communicate with same.

| 05/29/02 | R. P. DUCATMAN | 0.25 |

Review correspondence from M. Woodruff regarding matter.

| 05/29/02 | C. J. MOSER | 1.00 |

Communicate with local counsel regarding matter; Review filed Complaint.

05/30/02                    R. P. DUCATMAN                    0.25
    Review filed Complaint; Communicate with client regarding matter.

05/30/02                    R. P. DUCATMAN                    0.25
    Communicate regarding matter with M. Woodruff.

05/31/02                    R. P. DUCATMAN                    0.25
    Review correspondence regarding matter from M. Woodruff.

06/10/02                    R. P. DUCATMAN                    0.25
    Review Answer; Communicate with Client.

06/10/02                    C. J. MOSER                       0.25
    Review Answer.

06/12/02                    R. P. DUCATMAN                    0.25
    Communicate with M. Woodruff regarding matter.

06/12/02                    C. J. MOSER                       0.50
    Communicate in-firm regarding discovery; Review local rules.

06/13/02                    C. J. MOSER                       0.50
    Plan and prepare for written discovery.

06/19/02                    C. J. MOSER                       1.00
    Draft/revise written discovery; Communicate with Margaret Woodruff regarding local procedure.

06/20/02                    C. J. MOSER                       0.75
    Draft/revise written discovery.

06/24/02                    R. P. DUCATMAN                    0.25
    Review correspondence from M. Woodruff regarding matter; Communicate with client.

07/25/02                    R. P. DUCATMAN                    0.25
    Review correspondence from M. Woodruff regarding matter; Communicate with client.

07/31/02                    R. P. DUCATMAN                    0.25
    Review correspondence from M. Woodruff regarding matter; Conference with C. Moser regarding same.

07/31/02                    C. J. MOSER                       0.25
    Review and respond to correspondence from M. Woodruff and R. Ducatman regarding matter.

- 4 -

| 08/01/02 | R. P. DUCATMAN | 0.50 |

Review Notice from Court regarding Pretrial Conference; Communicate with client; Communicate with C. Moser and M. Woodruff regarding matter.

| 08/01/02 | C. J. MOSER | 0.50 |

Review and respond to emails from R. Ducatman and M. Woodruff regarding matter.

| 08/02/02 | R. P. DUCATMAN | 0.75 |

Communicate with C. Moser and M. Woodruff regarding matter; Communicate with client.

| 08/02/02 | C. J. MOSER | 1.00 |

Plan and prepare for and participate in conference with R. Ducatman and M. Woodruff regarding matter.

| 08/08/02 | R. P. DUCATMAN | 0.50 |

Review and revise Rule 26 Disclosures and Initial Conference Report; Communicate with C. Moser regarding matter.

| 08/08/02 | C. J. MOSER | 0.25 |

Draft/revise Rule 16 Conference Report.

| 08/09/02 | R. P. DUCATMAN | 0.25 |

Review final draft of Rule 16 Conference Report; Communicate with client.

| 08/11/02 | C. J. MOSER | 0.50 |

Communicate with M. Woodruff regarding matter.

| 08/12/02 | R. P. DUCATMAN | 0.50 |

Review correspondence regarding matter; Communicate with client.

| 08/12/02 | C. J. MOSER | 0.75 |

Review correspondence from Gehring; Communicate with M. Woodruff regarding matter.

| 08/13/02 | R. P. DUCATMAN | 0.25 |

Communicate with M. Woodruff regarding matter.

| 08/14/02 | R. P. DUCATMAN | 0.25 |

Review Notice from Court rescheduling status conference; Communicate with client.

| 08/15/02 | R. P. DUCATMAN | 0.25 |

Communicate with M. Woodruff regarding matter.

| 08/16/02 | C. J. MOSER | 0.25 |

Communicate with M. Woodruff regarding matter.

CLI-1101283v2

| 08/19/02 | R. P. DUCATMAN | 0.25 |

Review correspondence from M. Woodruff regarding matter; Communicate with client.

| 08/21/02 | R. P. DUCATMAN | 0.25 |

Review correspondence regarding matter; Communicate with client.

| 08/21/02 | C. J. MOSER | 0.25 |

Review correspondence regarding matter.

| 08/22/02 | R. P. DUCATMAN | 0.25 |

Review correspondence from M. Woodruff; Communicate with client.

| 09/17/02 | C. J. MOSER | 0.25 |

Communicate with M. Woodruff regarding matter.

| 09/18/02 | C. J. MOSER | 0.25 |

Communicate with M. Woodruff regarding matter; Review correspondence to Court from M. Woodruff.

| 09/23/02 | R. P. DUCATMAN | 0.25 |

Review correspondence from M. Woodruff regarding matter; Communicate with client.

| 10/03/02 | R. P. DUCATMAN | 0.25 |

Review notice from court; Communicate with client.

| 10/04/02 | R. P. DUCATMAN | 0.25 |

Communicate with C. Moser regarding matter.

| 10/11/02 | R. P. DUCATMAN | 0.50 |

Communicate with C. Moser regarding matter; Review correspondence.

| 10/15/02 | R. P. DUCATMAN | 0.50 |

Review correspondence from M. Woodruff regarding matter; Communicate with client; Communicate with C. Moser regarding matter.

| 10/15/02 | C. J. MOSER | 0.50 |

Communicate with M. Woodruff regarding matter; Communicate with R. Ducatman regarding matter.

| 10/16/02 | R. P. DUCATMAN | 0.25 |

Review file; Communicate with client.

| 10/17/02 | C. J. MOSER | 2.25 |

Plan and prepare for Rule 16 conference.

- 6 -

10/18/02                    R. P. DUCATMAN                    0.50
    Communicate with C. Moser regarding matter; Review correspondence.

10/18/02                    C. J. MOSER                      5.00
    Plan and prepare for Rule 16 conference; Communicate with M. Woodruff regarding
same; Attend same; Communicate with R. Ducatman regarding same; Communicate with client.

10/19/02                    C. J. MOSER                      0.25
    Communicate with client.

10/21/02                    C. J. MOSER                      1.00
    Revise written discovery; Communicate with R. Ducatman regarding same; Review
correspondence from R. Gehring; Communicate with client.

10/22/02                    R. P. DUCATMAN                    0.25
    Review and revise written discovery.

10/23/02                    R. P. DUCATMAN                    0.50
    Review Scheduling Order from Court; Review correspondence; Communicate with
client.

10/24/02                    R. P. DUCATMAN                    0.25
    Review correspondence from M. Woodruff regarding matter; Communicate with client.

10/25/02                    C. J. MOSER                      0.25
    Communicate with R. Ducatman regarding matter.

10/30/02                    R. P. DUCATMAN                    0.25
    Communicate with C. Moser and client regarding matter.

10/30/02                    C. J. MOSER                      0.25
    Communicate with R. Ducatman regarding matter; Communicate with M Woodruff
regarding same.

11/04/02                    R. P. DUCATMAN                    0.25
    Review correspondence; Communicate with client.

11/04/02                    C. J. MOSER                      0.25
    Review correspondence; Communicate with R. Ducatman.

11/05/02                    R. P. DUCATMAN                    0.75
    Communicate with client.; Review correspondence.

11/06/02                    R. P. DUCATMAN                    0.25
    Plan for conference.

11/08/02                    R. P. DUCATMAN                    0.75
        Communicate with client; Communicate with M. Woodruff; Review orders.

11/13/02                    R. P. DUCATMAN                    0.50
        Communicate with client; Communicate with C. Moser.

11/20/02                    R. P. DUCATMAN                    0.50
        Review correspondence regarding matter; Communicate with C. Moser regarding same;
Communicate with M. Woodruff regarding same.

11/20/02                    C. J. MOSER                      0.25
        Communicate with M. Woodruff regarding matter; Communicate with R. Ducatman
regarding same.

11/21/02                    C. J. MOSER                      0.25
        Communicate with M. Woodruff and R. Ducatman regarding matter.

11/25/02                    R. P. DUCATMAN                    0.25
        Review correspondence from M. Woodruff regarding matter; Communicate with client.

12/06/02                    R. P. DUCATMAN                    0.25
        Review correspondence from M. Woodruff regarding matter; Communicate with client.

12/10/02                    R. P. DUCATMAN                    0.25
        Communicate with M. Woodruff regarding matter.

12/12/02                    R. P. DUCATMAN                    0.25
        Review correspondence.

12/20/02                    R. P. DUCATMAN                    0.25
        Review and respond to correspondence from M. Woodruff regarding matter.

12/21/02                    R. P. DUCATMAN                    0.50
        Review Transfer Order from Court; Communicate with M. Woodruff regarding same;
Communicate with client.

12/23/02                    R. P. DUCATMAN                    0.50
        Review correspondence from M. Woodruff regarding matter; Communicate with C.
Moser regarding same; Communicate with client.

12/23/02                    C. J. MOSER                      0.25
        Review and respond to correspondence from M. Woodruff regarding matter;
Communicate with R. Ducatman regarding same.

| 01/02/03 | R. P. DUCATMAN | 0.50 |

Review correspondence related to matter; Prepare for settlement conference; Communicate with C. Moser regarding same; Communicate with client.

| 01/02/03 | C. J. MOSER | 1.25 |

Draft/revise Settlement Conference Report; Communicate with R. Ducatman regarding same.

| 01/03/03 | R. P. DUCATMAN | 0.25 |

Review Consent Decree and Injunction.

| 01/04/03 | R. P. DUCATMAN | 0.50 |

Review file; Prepare for settlement conference.

| 01/06/03 | R. P. DUCATMAN | 0.75 |

Prepare for settlement conference; Communicate regarding same; Telephone conferences with M. Woodruff and Judge Rapoport regarding same.

| 01/07/03 | R. P. DUCATMAN | 2.00 |

Prepare for and participate in settlement conference; Communicate with M. Woodruff and C. Moser regarding same.

| 01/07/03 | C. J. MOSER | 0.25 |

Communicate with R. Ducatman regarding settlement conference.

| 01/10/03 | R. P. DUCATMAN | 0.25 |

Review Scheduling Order.

| 01/10/03 | C. J. MOSER | 0.50 |

Review Scheduling Order and Order from Settlement Conference.

| 01/14/03 | R. P. DUCATMAN | 0.25 |

Review correspondence regarding discovery.

| 01/14/03 | C. J. MOSER | 0.50 |

Communicate with Gehring regarding address; communicate with process server regarding service.

| 01/15/03 | R. P. DUCATMAN | 0.50 |

Review Defendant's discovery responses and answer to consent decree.

| 01/15/03 | R. P. DUCATMAN | 0.25 |

Review correspondence regarding discovery.

| 01/15/03 | C. J. MOSER | 0.50 |

Review Defendant's discovery responses.

- 9 -

| 01/21/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Communicate with C. Moser regarding matter.

| 01/21/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review Standing Order.

| 01/21/03 | C. J. MOSER | 0.25 |
|---|---|---|

Review Order requiring defendant to seek counsel; communicate with R. Ducatman regarding matter.

| 01/22/03 | C. J. MOSER | 0.25 |
|---|---|---|

Review correspondence regarding discovery.

| 01/24/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review Defendant's submission to court regarding seeking counsel.

| 01/25/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review correspondence from M. Woodruff regarding matter; Communicate with client.

| 01/27/03 | R. P. DUCATMAN | 0.50 |
|---|---|---|

Review Defendant's discovery requests; Communicate with client.

| 01/27/03 | C. J. MOSER | 1.25 |
|---|---|---|

Draft discovery deficiency letter to Defendant.

| 01/27/03 | C. J. MOSER | 0.50 |
|---|---|---|

Review Defendant's discovery requests; Review Order regarding Rule 16 Conference.

| 01/28/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review Rule 16 Scheduling Order.

| 01/28/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Communicate with M. Woodruff regarding matter.

| 01/28/03 | C. J. MOSER | 0.50 |
|---|---|---|

Communicate with M. Woodruff and R. Ducatman regarding matter.

| 02/07/03 | C. J. MOSER | 0.50 |
|---|---|---|

Communicate with R. Ducatman regarding matter; Review file.

| 02/11/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Communicate with C. Moser regarding matter.

| 02/11/03 | C. J. MOSER | 3.25 |
|---|---|---|

Draft discovery dispute letter to Court; communicate with process server.

| 02/12/03 | R. P. DUCATMAN | 0.50 |

Review and revise Rule 16 Conference Statement.

| 02/12/03 | C. J. MOSER | 2.25 |

Revise Rule 16 Conference Statement.

| 02/13/03 | R. P. DUCATMAN | 0.25 |

Review correspondence regarding discovery.

| 02/13/03 | R. P. DUCATMAN | 0.50 |

Telephone conference with Court regarding Rule 16 Conference.

| 02/13/03 | C. J. MOSER | 0.75 |

Communicate with M. Woodruff and R. Ducatman regarding matter.

| 02/14/03 | R. P. DUCATMAN | 0.25 |

Review Rule 16 Conference Statement.

| 02/19/03 | R. P. DUCATMAN | 0.25 |

Prepare for pretrial conference.

| 02/20/03 | R. P. DUCATMAN | 1.50 |

Prepare for and conduct pretrial conference.

| 02/20/03 | C. J. MOSER | 3.25 |

Prepare for and participate in Rule 16 Conference.

| 02/24/03 | R. P. DUCATMAN | 0.25 |

Review correspondence regarding discovery.

| 02/24/03 | C. J. MOSER | 5.25 |

Draft discovery responses.

| 02/25/03 | R. P. DUCATMAN | 0.75 |

Review and revise discovery responses.

| 02/25/03 | R. P. DUCATMAN | 0.25 |

Communicate with C. Moser regarding matter.

| 02/25/03 | C. J. MOSER | 3.75 |

Revise discovery responses; communicate with R. Ducatman regarding matter.

| 02/26/03 | C. J. MOSER | 0.75 |

Revise discovery responses.

- 11 -

| 02/27/03 | R. P. DUCATMAN | 0.25 |

Review discovery responses.

| 02/27/03 | C. J. MOSER | 2.50 |

Draft Notice of Deposition.

| 02/28/03 | R. P. DUCATMAN | 0.25 |

Review correspondence from M. Woodruff; Communicate with client.

| 03/07/03 | R. P. DUCATMAN | 0.25 |

Review discovery conference order.

| 03/11/03 | C. J. MOSER | 0.50 |

Communicate with investigator.

| 03/12/03 | C. J. MOSER | 0.50 |

Plan and prepare for Gehring deposition.

| 03/13/03 | C. J. MOSER | 0.50 |

Plan and prepare for Gehring deposition.

| 03/15/03 | R. P. Ducatman | 0.25 |

Review Gehring's Notice of Objection to Deposition.

| 03/16/03 | C. J. MOSER | 0.50 |

Communicate with R. Ducatman regarding matter and arrange for cancellation of Gehring deposition.

| 03/17/03 | R. P. DUCATMAN | 0.25 |

Review and revise letter to Court regarding Gehring's refusal to appear for deposition.

| 03/17/03 | R. P. DUCATMAN | 0.25 |

Communicate with C. Moser regarding matter.

| 03/17/03 | C. J. MOSER | 2.25 |

Draft letter to Court regarding Gehring's refusal to appear for deposition; communicate with process server; communicate with R. Ducatman

| 03/17/03 | C. J. MOSER | 0.25 |

Communicate with M. Woodruff regarding matter.

| 03/18/03 | R. P. DUCATMAN | 0.25 |

Review correspondence regarding deposition of Gehring.

| 03/18/03 | R. P. DUCATMAN | 0.50 |

Review Rule 16 and Trial Orders.

- 12 -

| 03/19/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review and revise letter to the Court.

| 03/19/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Communicate with C. Moser regarding matter.

| 03/19/03 | C. J. MOSER | 2.50 |
|---|---|---|

Review Orders; Draft letter to Court regarding deposition; communicate with M. Woodruff and R. Ducatman.

| 03/20/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review letter to the Court.

| 03/24/03 | R. P DUCATMAN | 0.25 |
|---|---|---|

Review correspondence from M. Woodruff; Communicate with client.

| 04/01/03 | C. J. MOSER | 0.50 |
|---|---|---|

Communicate with M. Woodruff and R. Ducatman regarding matter.

| 04/02/03 | R. P. DUCATMAN | 1.0 |
|---|---|---|

Prepare for and attend discovery conference.

| 04/02/03 | C. J. MOSER | 2.75 |
|---|---|---|

Prepare for and attend discovery conference; communicate with client.

| 04/03/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Communicate with C. Moser regarding matter.

| 04/03/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review discovery order.

| 04/03/03 | C. J. MOSER | 1.00 |
|---|---|---|

Review discovery order; draft Shumay declaration.

| 04/04/03 | C. J. MOSER | 0.25 |
|---|---|---|

Review declaration of process server regarding attempted service.

| 04/07/03 | C. J. MOSER | 1.75 |
|---|---|---|

Draft Shumay declaration.

| 04/08/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review and revise Shumay declaration.

| 04/08/03 | C. J. MOSER | 2.25 |
|---|---|---|

Revise Shumay declaration.

CLI-1101283v2

| 04/09/03 | C. J. MOSER | 1.25 |
|---|---|---|

Revise Shumay declaration.

| 04/10/03 | C. J. MOSER | 1.00 |
|---|---|---|

Revise Shumay declaration.

| 04/11/03 | C. J. MOSER | 0.25 |
|---|---|---|

Communicate with M. Woodruff regarding matter.

| 04/14/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review correspondence regarding discovery.

| 04/14/03 | C. J. MOSER | 1.00 |
|---|---|---|

Revise Shumay declaration; Communicate with client.

| 04/15/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review Shumay declaration.

| 04/15/03 | C. J. MOSER | 1.00 |
|---|---|---|

Revise Shumay declaration; Communicate with R. Ducatman regarding matter.

| 04/16/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review and revise letter to Gehring regarding discovery.

| 04/16/03 | C. J. MOSER | 1.75 |
|---|---|---|

Draft letter to Gehring regarding discovery.

| 04/25/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Communicate with C. Moser regarding matter.

| 04/25/03 | C. J. MOSER | 0.75 |
|---|---|---|

Review investigator's report; communicate with R. Ducatman regarding matter.

| 04/30/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review correspondence regarding discovery.

| 04/30/03 | C. J. MOSER | 1.25 |
|---|---|---|

Draft letter to Court regarding Gehring deposition; Review discovery order.

| 05/02/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review correspondence regarding scheduling.

| 05/02/03 | R. P. DUCATMAN | 0.25 |
|---|---|---|

Review correspondence from M. Woodruff; Communicate with client.

05/02/03                    R. P. DUCATMAN             0.25
Communicate with Court regarding trial date and status of matter.

05/02/03                    C. J. MOSER             1.50
Draft subpoena duces tecum; Communicate with Court regarding Gehring deposition.

05/05/03                    R. P. DUCATMAN             0.25
Review correspondence regarding discovery.

05/05/03                    C. J. MOSER             3.00
Revise subpoena duces tecum and arrange for service of subpoena.

05/06/03                    R. P. DUCATMAN             0.25
Review correspondence regarding discovery.

05/06/03                    C. J. MOSER             0.50
Communicate with client; Communicate with M. Woodruff regarding matter.

05/08/03                    R. P. DUCATMAN             0.25
Review orders; Communicate with client.

05/08/03                    C. J. MOSER             1.00
Communicate with court reporter; Review orders.

05/09/03                    R. P. DUCATMAN             0.25
Review correspondence regarding discovery.

05/09/03                    C. J. MOSER             3.00
Prepare for Gehring deposition.

05/12/03                    R. P. DUCATMAN             0.25
Review correspondence regarding discovery.

05/12/03                    C. J. MOSER             5.25
Draft outline for Gehring deposition; prepare for deposition.

05/13/03                    C. J. MOSER             9.50
Plan, prepare and attend deposition of Gehring.

05/14/03                    R. P. DUCATMAN             0.25
Communicate with C. Moser regarding matter.

05/14/03                    C. J. MOSER             1.00
Communicate with telephone company regarding subpoena.

CLI-1101283v2

| 05/20/03 | R. P. DUCATMAN | 0.25 |

Review and revise letter to Court.

| 05/20/03 | C. J. MOSER | 2.25 |

Draft letter to Court.

| 05/21/03 | R. P. DUCATMAN | 0.75 |

Review Amended Trial Order; Communicate with client.

| 05/21/03 | C. J. MOSER | 0.50 |

Review orders.

| 05/23/03 | R. P. DUCATMAN | 0.25 |

Communicate with C. Moser regarding matter.

| 05/23/03 | R. P. DUCATMAN | 0.25 |

Review dispositive motion argument order.

| 05/23/03 | C. J. MOSER | 0.25 |

Communicate with R. Ducatman regarding matter.

| 05/26/03 | C. J. MOSER | 0.50 |

Review documents.

| 05/26/03 | C. J. MOSER | 1.00 |

Review order; Revise trial calendar.

| 05/27/03 | R. P. DUCATMAN | 0.50 |

Review documents.

| 05/27/03 | C. J. MOSER | 0.25 |

Communicate with R. Ducatman regarding documents.

| 05/30/03 | E. B. GREGORY | 2.00 |

Legal research.

| 06/02/03 | R. P. DUCATMAN | 0.25 |

Communicate with M. Woodruff regarding matter; Communicate with client.

| 06/02/03 | R. P. DUCATMAN | 0.25 |

Communicate with C. Moser regarding dispositive motion.

| 06/02/03 | C. J. MOSER | 2.50 |

Draft/revise dispositive motion; Communicate with affiants; Communicate with M. Woodruff regarding same.

- 16 -

06/03/03                     C. J. MOSER                              7.00
    Draft/revise dispositive motion; Communicate with affiant; Communicate with E. Gregory regarding legal research for same.

06/04/03                     R. P. DUCATMAN                           1.50
    Communicate with C. Moser regarding matter; Review/analyze correspondence from investigator; Review and revise draft affidavit; Statement of Undisputed Facts; Communicate with C. Moser regarding matter.

06/04/03                     C. J. MOSER                             11.00
    Draft/revise dispositive motion, separate statement, affidavits; Communicate with affiants and R. Ducatman regarding same; Communicate with E. Gregory regarding legal research for same.

06/05/03                     R. P. DUCATMAN                           0.50
    Communicate with C. Moser regarding motion practice; Communicate with legal assistant regarding trial preparation.

06/05/03                     D. D. MCDONALD                           1.50
    Trial preparation; Assist in motion preparation.

06/05/03                     C. J. MOSER                             12.25
    Draft/revise dispositive motion and supporting documents.

06/06/03                     R. P. DUCATMAN                           1.50
    Review/revise draft of dispositive motion; Communicate with C. Moser regarding same; Communicate with M. Woodruff regarding same.

06/06/03                     C. J. MOSER                              4.75
    Draft/revise dispositive motion and documents submitted therewith; Communicate with R. Ducatman regarding same; Communicate with M. Woodruff regarding same.

06/07/03                     R. P. DUCATMAN                           0.25
    Communicate with client.

06/09/03                     R. P. DUCATMAN                           0.50
    Communicate with M. Woodruff and C. Moser regarding matter.

06/09/03                     C. J. MOSER                              0.25
    Communicate with M. Woodruff and R. Ducatman regarding matter.

06/10/03                     R. P. DUCATMAN                           0.25
    Review correspondence; Communicate with client.

- 17 -

06/10/03              C. J. MOSER                          0.50
        Review correspondence; Communicate with Court regarding pre-trial schedule;
Communicate with R. Ducatman and M. Woodruff regarding same.

06/11/03              C. J. MOSER                          3.75
        Pre-trial preparation; Communicate with M. Woodruff regarding matter.

06/12/03              C. J. MOSER                          3.50
        Draft letter to Gehring regarding mandatory pre-trial conferences; Pre-trial preparation.

06/13/03              R. P. DUCATMAN                       0.25
        Pre-trial preparation.
06/17/03              C. J. MOSER                          0.25
        Communicate with I. Luciano regarding pre-trial preparation.

06/18/03              I. M. LUCIANO                        6.75
        Review dispositive motion; Draft/revise pre-trial submissions.

06/19/03              R. P. DUCATMAN                       0.50
        Review and revise summary of dispositive motion and pre-trial submissions.

06/19/03              I. M. LUCIANO                        5.75
        Draft/revise pre-trial submissions.

06/19/03              C. J. MOSER                          3.75
        Draft/revise pre-trial submissions; Draft letter to Gehring regarding same; Draft summary
of dispositive motion; Communicate with M. Woodruff regarding same; Review
correspondence; Communicate with client.

06/20/03              R. P. DUCATMAN                       0.25
        Review final draft of dispositive motion summary; Communicate with client.

06/20/03              C. J. MOSER                          7.00
        Draft/revise dispositive motion summary; Draft letter to Court regarding same;
Draft/revise pre-trial submissions.

06/21/03              R. P. DUCATMAN                       0.25
        Review/analyze drafts of pre-trial submissions and correspondence related thereto.

06/23/03              C. J. MOSER                          1.25
        Prepare for dispositive motion hearing.

06/24/03              R. P. DUCATMAN                       0.25
        Communicate with C. Moser regarding dispositive motion hearing.

- 18 -

06/24/03                    C. J. MOSER                         4.75
    Prepare for dispositive motion hearing; Communicate with M. Woodruff regarding same;
Communicate with R. Ducatman regarding same.

06/25/03                    C. J. MOSER                         6.25
    Prepare for dispositive motion hearing; Communicate with M. Woodruff regarding same.

06/26/03                    C. J. MOSER                         8.50
    Prepare for dispositive motion hearing.

06/27/03                    R. P. DUCATMAN                      0.25
    Communicate with C. Moser regarding dispositive motion decision.

06/27/03                    C. J. MOSER                         9.75
    Prepare and appear for dispositive motion hearing; Meet with M. Woodruff regarding
same; Communicate with R. Ducatman regarding same.

06/30/03                    C. J. MOSER                         0.50
    Review file; Communicate with Court Clerk regarding transcript; Communicate in firm
regarding declarations required by Court.

- 19 -

# EXHIBIT L

**EXHIBIT L**

**LAWYER SERVICES SUMMARY**

**SCHNADER HARRISON SEGAL & LEWIS, L.L.P.**

| DATE OF SERVICE | LAWYER NAME/DESCRIPTION | HOURS |
|---|---|---|
| 05/14/02 | M. S. WOODRUFF | 0.30 |
| Review complaint. | | |
| 05/15/02 | M. S. WOODRUFF | 1.10 |
| Review and revise complaint. | | |
| 05/15/02 | T. J. HANNON | 1.10 |
| Obtain trademark registrations; Communicate with M. Woodruff regarding matter. | | |
| 05/16/02 | M. S. WOODRUFF | 0.40 |
| Review trademarks and prepare complaint for filing. | | |
| 05/24/02 | M. S. WOODRUFF | 0.90 |
| Draft letter to Court regarding electronic filing. | | |
| 05/29/02 | M. S. WOODRUFF | 1.10 |
| Communicate with C. Moser regarding matter; review local rules. | | |
| 05/30/02 | M. S. WOODRUFF | 0.60 |
| Draft pro hac vice motion. | | |
| 06/19/02 | M. S. WOODRUFF | 0.10 |
| Communicate with C. Moser regarding matter. | | |
| 07/31/02 | M. S. WOODRUFF | 0.50 |
| Review Rule 16 Pretrial Conference notice. | | |
| 08/01/02 | M. S. WOODRUFF | 0.10 |
| Communicate with R. Ducatman regarding matter. | | |
| 08/02/02 | M. S. WOODRUFF | 0.40 |
| Communicate with R. Ducatman and C. Moser regarding matter. | | |
| 08/05/02 | M. S. WOODRUFF | 0.10 |
| Review correspondence. | | |
| 08/09/02 | M. S. WOODRUFF | 0.70 |
| Review correspondence; Prepare Rule 26 disclosures; check docket. | | |

CLI-1101283v2

| 08/12/02 | M. S. WOODRUFF | 1.00 |

Review correspondence; Communicate with C. Moser regarding matter; Communicate with Court regarding Rule 16 Conference.

| 08/16/02 | M. S. WOODRUFF | 0.40 |

Communicate with Courtroom deputy regarding pretrial conference.

| 09/17/02 | M. S. WOODRUFF | 0.20 |

Communicate with Court regarding pretrial conference.

| 10/03/02 | M. S. WOODRUFF | 0.20 |

Review pretrial conference order.

| 10/11/02 | M. S. WOODRUFF | 0.20 |

Communicate with C. Moser regarding matter.

| 10/15/02 | M. S. WOODRUFF | 0.50 |

Prepare Rule 16 Conference Statement.

| 10/18/02 | M. S. WOODRUFF | 0.30 |

Communicate with C. Moser regarding matter.

| 10/18/02 | M. S. WOODRUFF | 1.20 |

Attend pretrial conference.

| 10/21/02 | M. S. WOODRUFF | 0.20 |

Review correspondence.

| 10/23/02 | M. S. WOODRUFF | 0.60 |

Review Rule 16 Conference Statement.

| 10/24/02 | M. S. WOODRUFF | 0.30 |

Review discovery.

| 11/04/02 | M. S. WOODRUFF | 0.40 |

Draft letter to Court regarding settlement conference.

| 11/05/02 | M. S. WOODRUFF | 0.50 |

Review letter from Court regarding conference; draft letter to Gehring regarding conference.

| 11/08/02 | M. S. WOODRUFF | 0.20 |

Communicate with R. Ducatman regarding matter.

| 11/20/02 | M. S. WOODRUFF | 0.10 |

Communicate with R. Ducatman regarding matter.

| 11/20/02 | M. S. WOODRUFF | 0.30 |
| | Communicate with Court regarding settlement conference. | |

| 12/20/02 | M. S. WOODRUFF | 0.20 |
| | Review Order. | |

| 12/23/02 | M. S. WOODRUFF | 0.40 |
| | Review correspondence and order. | |

| 12/23/02 | M. S. WOODRUFF | 0.20 |
| | Review settlement conference form. | |

| 01/02/03 | M. S. WOODRUFF | 0.30 |
| | Review settlement conference statement. | |

| 01/06/03 | M. S. WOODRUFF | 0.80 |
| | Fact investigation; Prepare for pretrial conference. | |

| 01/06/03 | M. S. WOODRUFF | 0.50 |
| | Communicate with Court regarding pretrial conference; Review consent order. | |

| 01/07/03 | M. S. WOODRUFF | 6.40 |
| | Prepare for and attend pretrial conference. | |

| 01/15/03 | M. S. WOODRUFF | 0.10 |
| | Review correspondence. | |

| 01/15/03 | M. S. WOODRUFF | 1.10 |
| | Review discovery responses. | |

| 01/21/03 | M. S. WOODRUFF | 0.20 |
| | Communicate with Court regarding transcript. | |

| 01/25/03 | M. S. WOODRUFF | 0.10 |
| | Review Order. | |

| 01/28/03 | M. S. WOODRUFF | 0.10 |
| | Review discovery requests. | |

| 01/28/03 | M. S. WOODRUFF | 0.20 |
| | Identify process server and review correspondence. | |

| 01/28/03 | M. S. WOODRUFF | 0.10 |
| | Review Order. | |

CLI-1101283v2

| 02/12/03 | M. S. WOODRUFF | 0.30 |

Review Rule 16 conference memorandum.

| 02/12/03 | M. S. WOODRUFF | 0.40 |

Review letter to Court regarding discovery.

| 02/13/03 | M. S. WOODRUFF | 0.10 |

Communicate with Court regarding Rule 16 memorandum.

| 02/13/03 | M. S. WOODRUFF | 1.70 |

Revise Rule 16 conference memorandum; communicate with R. Ducatman and C. Moser regarding matter.

| 02/20/03 | M. S. WOODRUFF | 1.10 |

Participate in Rule 16 conference.

| 02/24/03 | M. S. WOODRUFF | 0.20 |

Review Order.

| 02/25/03 | M. S. WOODRUFF | 0.60 |

Communicate with Court regarding discovery; communicate with C. Moser regarding matter.

| 02/27/03 | M. S. WOODRUFF | 0.20 |

Communication with C. Moser regarding matter.

| 03/03/03 | M. S. WOODRUFF | 0.10 |

Review Order.

| 03/17/03 | M. S. WOODRUFF | 0.10 |

Review Gehring's objection to deposition.

| 03/17/03 | M. S. WOODRUFF | 0.20 |

Communicate with C. Moser regarding matter.

| 03/17/03 | M. S. WOODRUFF | 0.20 |

Revise letter to Court regarding Gehring deposition.

| 03/20/03 | M. S. WOODRUFF | 0.10 |

Review correspondence.

| 03/21/03 | M. S. WOODRUFF | 0.10 |

Review scheduling order.

| 03/24/03 | M. S. WOODRUFF | 0.10 |

Review correspondence.

CLI-1101283v2

| | | |
|---|---|---|
| 04/01/03 | M. S. WOODRUFF | 0.90 |
| Review discovery motions. | | |

| | | |
|---|---|---|
| 04/02/03 | M. S. WOODRUFF | 5.00 |
| Prepare for and attend discovery conference. | | |

| | | |
|---|---|---|
| 04/03/03 | M. S. WOODRUFF | 0.10 |
| Communicate with C. Moser regarding matter. | | |

| | | |
|---|---|---|
| 04/03/03 | M. S. WOODRUFF | 0.30 |
| Review Order. | | |

| | | |
|---|---|---|
| 04/11/03 | M. S. WOODRUFF | 0.10 |
| Communicate with C. Moser regarding matter. | | |

| | | |
|---|---|---|
| 04/14/03 | M. S. WOODRUFF | 0.10 |
| Communicate with C. Moser regarding matter. | | |

| | | |
|---|---|---|
| 04/16/03 | M. S. WOODRUFF | 0.40 |
| Review correspondence and affidavit. | | |

| | | |
|---|---|---|
| 04/29/03 | M. S. WOODRUFF | 0.10 |
| Review scheduling order. | | |

| | | |
|---|---|---|
| 04/30/03 | M. S. WOODRUFF | 0.10 |
| Review correspondence. | | |

| | | |
|---|---|---|
| 05/02/03 | M. S. WOODRUFF | 0.10 |
| Review correspondence and revised schedule. | | |

| | | |
|---|---|---|
| 05/06/03 | M. S. WOODRUFF | 0.20 |
| Review correspondence and subpoenas. | | |

| | | |
|---|---|---|
| 05/21/03 | M. S. WOODRUFF | 0.50 |
| Review scheduling orders and correspondence; Communicate with C. Moser. | | |

| | | |
|---|---|---|
| 05/29/03 | M. S. WOODRUFF | 0.30 |
| Review various orders and upcoming deadlines. | | |

CLI-1101283v2

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Plaintiff Scott Fetzer's Statement in Support of an Order Awarding to Plaintiff Attorney Fees and Costs was served via first class mail, postage prepaid, this 30th day of July, 2003, upon:

Raymond G. Gehring
1043 Cotton Street
Reading, Pennsylvania 19602

Margaret S. Woodruff