```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PA


THE SCOTT FETZER COMPANY,
          Plaintiff
                                      02-cv-2917
                                      District Court Docket Number
     vs.

RAYMOND G. GEHRING, dba,
          Defendant

Notice of Appeal Filed 8/1/03
Court Reporter(s)/ESR Operator(s)   ESR



Filing Fee:
        Notice of Appeal  x paid ____Not Paid    ____Seaman
        Docket Fee        x Paid  ____Not Paid    ____USA/VI

CJA Appointment (Attach Copy of Order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach
copy of the Order)

____Motion Granted
____Motion Denied
____Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy
of the Order)

____Granted
____Denied
____Pending

C: USCA
   Appeals Clerk
   Hon. James Knoll Gardner
                       Defendant's Address (for criminal appeals)




                             Prepared by :_____8-1-03_____
                                      ____Deputy Clerk Signature/Date

       PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
         THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm
```