```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE SCOTT FETZER COMPANY,         )
                                  )  Civil Action
               Plaintiff          )  No. 02-cv-02917
                                  )
     vs.                          )
                                  )
RAYMOND G. GEHRING,               )
doing business as                 )
NORTHEASTERN VACUUM CLEANER       )
COMPANY,                          )
                                  )
               Defendant          )
```

## O R D E R

NOW, this 19th day of September, 2003, upon consideration of Plaintiff Scott Fetzer's Statement in Support of an Order Awarding to Plaintiff Attorney Fees and Costs filed July 31, 2003, which statement is uncontested; upon consideration of Plaintiff Scott Fetzer's Motion for Summary Judgment, Default, and Rule 37 Sanctions, which motion was filed June 6, 2003, which motion is unopposed; upon consideration of Plaintiff Scott Fetzer's Memorandum in Support of Motion for Summary Judgment, Default, and Rule 37 Sanctions, which accompanied plaintiff's motion; upon consideration of the Appendix of Exhibits in Support of Plaintiff's Motion for Summary Judgment, Default, and Rule 37 Sanctions, which accompanied the motion; upon consideration of the Affidavit of Robert G. Shumay and Exhibits A through I in Support of Plaintiff's Motion for Summary Judgment, Default, and Rule 37 Sanctions, which accompanied the motion; upon consideration of the Declaration of Arthur F. Tredinnick and

Exhibits A through L in Support of Plaintiff's Motion for Summary Judgment, Default, and Rule 37 Sanctions, which accompanied plaintiff's motion; and after oral argument held June 27, 2003,

<u>IT IS ORDERED</u> that judgment is rendered in favor of plaintiff on Count I of the Complaint.

<u>IT IS FURTHER ORDERED</u> that judgment is rendered in favor of plaintiff on Count II of the Complaint.

<u>IT IS FURTHER ORDERED</u> that judgment is rendered in favor of plaintiff on Count III of the Complaint.

<u>IT IS FURTHER ORDERED</u> that judgment is rendered in favor of plaintiff on Count IV of the Complaint.

<u>IT IS FURTHER ORDERED</u> that judgment is rendered in favor of plaintiff on Count V of the Complaint.

<u>IT IS FURTHER ORDERED</u> that plaintiff is awarded attorney's fees in the amount of $50,000.00.

<u>IT IS FURTHER ORDERED</u> that plaintiff is awarded costs in the amount of $5,280.03.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court may close the within civil action for statistical purposes.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge